**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSULTANTS IN PROCUREMENT INC., and JAMES WILLIAMS,<br><br>Plaintiffs,<br><br>- against –<br><br>DIVERSE CAPITAL, LLC, HI BAR CAPITAL, LLC, AMAL CAPITAL CORP., EESHAN CAPITAL CORP., AJ ADVANCE, INC., MMHKK, INC. (D/B/A KINGDOM KAPITAL), DAVID RABI, YOEL GETTER, ARIEL PERETZ, JONATHAN ALLAYEV, and YOSEF BREZEL,<br><br>Defendants. | Case No.:<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Consultants in Procurement, Inc., certifies that it does not have a parent entity and that no entity owns 10% or more of its stock.

Dated: New York, New York
July 16, 2021

                                               Respectfully submitted,

                                               ROBINSON BROG LEINWAND GREENE
                                               GENOVESE & GLUCK P.C.
                                               *Attorneys for Plaintiffs*

                               By:    /s/ Matthew Cono Capozzoli
                                                          Matthew Cono Capozzoli