UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSULTANTS IN PROCUREMENT INC., and JAMES WILLIAMS,<br><br>                                    Plaintiffs,<br><br>- against –<br><br>DIVERSE CAPITAL, LLC, HI BAR CAPITAL, LLC, AMAL CAPITAL CORP., EESHAN CAPITAL CORP., AJ ADVANCE, INC., MMHKK, INC. (D/B/A KINGDOM KAPITAL),  DAVID RABI, YOEL GETTER, ARIEL PERETZ, JONATHAN ALLAYEV, and YOSEF BREZEL,<br><br>                                    Defendants. | Case No.: 1:21-cv-04007-BMC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Robinson Brog Leinwand Greene Genovese & Gluck P.C. hereby appears in the above-entitled action on behalf of Plaintiffs Consultants in Procurement Inc., and James Williams.  Please send all future communications in this action to the undersigned attorney.

Dated: July 16, 2021           ROBINSON BROG LEINWAND
       New York, New York     GREENE GENOVESE & GLUCK P.C.

                              By: s/ Andrew B. Zinman
                                  Andrew B. Zinman

                                  875 Third Avenue, 9th Floor
                                  New York, NY  10022
                                  T:  (212) 603-6300
                                  F:  (212) 956-2164
                                  abz@robinsonbrog.com
                                  *Attorney for Plaintiffs*

{01111154.DOCX;1 }