# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| CONSULTANTS IN PROCUREMENT INC., and JAMES WILLIAMS,<br><br>*Plaintiff(s)*<br>v.<br>DIVERSE CAPITAL, LLC, HI BAR CAPITAL, LLC, AMAL CAPITAL CORP., EESHAN CAPITAL CORP., AJ ADVANCE, INC., MMHKK, INC. (D/B/A KINGDOM KAPITAL), DAVID RABI, YOEL GETTER, ARIEL PERETZ, JONATHAN ALLAYEV, and YOSEF BREZEL,<br>*Defendant(s)* | Civil Action No. 1:21-cv-04007-BMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* DIVERSE CAPITAL, LLC,
750 Main Street, Suite 906
Hartford, Connecticut, 06103.

(See attached Rider - Additional Defendants)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
Matthew Cono Capozzoli, Esq.
875 Third Avenue, 9th Floor
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HI BAR CAPITAL, LLC
1825 65th Street, Suite 300,
Brooklyn, New York, 11204.

AMAL CAPITAL CORP.,
1769 East 22nd Street,
Brooklyn, New York, 11229

EESHAN CAPITAL CORP.,
600 Old Country Road, Room 300,
Garden City, New York, 11530.

AJ ADVANCE, INC.,
17121 Collins Avenue, Apt 1806,
Sunny Isles Beach, Florida, 33160

MMHKK, INC. (D/B/A KINGDOM KAPITAL),
2922 Avenue L, 2nd Floor,
Brooklyn, New York, 11210.

DAVID RABI
1326 East 5th Street,
Brooklyn, New York, 11230

YOEL GETTER
564 East 9th Street,
Brooklyn, New York, 11218

ARIEL PERETZ
400 East 71st Street, Apt. 4L,
New York, New York, 10021


JONATHAN ALLAYEV
6260 108th Street, Apt. 4B,
Forest Hills, New York, 11375

YOSEF BREZEL
1009 East 2nd Street,
Brooklyn, New York, 11230