UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSULTANTS IN PROCUREMENT INC., and JAMES WILLIAMS,<br><br>                                              Plaintiffs,<br><br>- against –<br><br>DIVERSE CAPITAL, LLC, HI BAR CAPITAL, LLC, AMAL CAPITAL CORP., EESHAN CAPITAL CORP., AJ ADVANCE, INC., MMHKK, INC. (D/B/A KINGDOM KAPITAL),  DAVID RABI, YOEL GETTER, ARIEL PERETZ, JONATHAN ALLAYEV, and YOSEF BREZEL,<br><br>                                              Defendants. | Civil Action No.: 21-cv-04007-BMC |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety, against all of the Defendants to this action, with prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), none of the Defendants to this action have filed an answer to Plaintiff's Complaint and none of the Defendants to this action has filed a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Dated: August 24, 2021             ROBINSON BROG LEINWAND
       New York, New York         GREENE GENOVESE & GLUCK P.C.

                                  By:  s/ Matthew Cono Capozzoli
                                       Matthew Cono Capozzoli

                                       875 Third Avenue, 9th Floor
                                       New York, NY  10022
                                       T:  (212) 603-6300
                                       F:  (212) 956-2164
                                       mcc@robinsonbrog.com
                                       *Attorney for Plaintiffs*

{01115367.DOCX;1 }